**10**

**STATE of Missouri, Respondent,**

v.

**Reginald CARTER, Appellant.**

**No. WD 34978.**

Missouri Court of Appeals,
Western District.

June 26, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1984.

James W. Fletcher, Public Defender,
Sean D. O'Brien, Asst. Public Defender,
Kansas City, for appellant.

John Ashcroft, Atty. Gen., Jefferson
City, Philip M. Koppe, Asst. Atty. Gen.,
Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and
CLARK, JJ.

**ORDER**

PER CURIAM:

Appeal from convictions for first degree
robbery, Section 569.020, RSMo 1978, and
armed criminal action, Section 571.015,
RSMo 1978, and respective sentences of
twenty-five and thirty year terms of impris-
onment, to be served consecutively.

Affirmed. Rule 30.25(b).

**William HAND, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 35401.**

Missouri Court of Appeals,
Western District.

June 26, 1984.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 28, 1984.

Application to Transfer Denied
Nov. 20, 1984.

Joseph H. Locascio, Justine Del Muro,
Special Public Defender, Kansas City, for
appellant.

John Ashcroft, Atty. Gen., Deborah
Neff, Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and MAN-
FORD and BERREY, JJ.

**ORDER**

PER CURIAM:

Appeal from the denial of a Rule 27.26
motion to vacate judgment and sentence.

Affirmed. Rule 84.16(b).